IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MAURICIO ORTIZ,

     Appellant,

v.

Case No.  5D22-1184
LT Case No. 2014-CF-003685-A-O

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed November 8, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Mauricio Ortiz, Daytona Beach, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


COHEN, TRAVER and NARDELLA, JJ., concur.